## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NEMOURS FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITEDHEALTHCARE OF THE MID- ) <br> ATLANTIC, INC., ) <br> ) <br> Defendant. ) | C.A. No. 1:14-cv-00453-RGA <br><br> JURY TRIAL DEMANDED |

### JOINT STIPULATION OF DISMISSAL

Plaintiff, The Nemours Foundation ("Nemours"), and Defendant, UnitedHealthcare of the Mid-Atlantic, Inc., by counsel, hereby stipulate to the dismissal of all claims in this cause of action and this action in its entirety, with prejudice, pursuant to the parties' Settlement Agreement and Release (the "Agreement"). The parties shall bear their own costs, including attorneys' fees.

Dated: July 14, 2014

/s/ James H. S. Levine
Joanna J. Cline (Del. Bar No. 5873)
James H.S. Levine (Del. Bar No. 5355)
PEPPER HAMILTON LLP
1313 North Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6536
clinej@pepperlaw.com
levinejh@pepperlaw.com

Barak A. Bassman*
Michele C. Zarychta*
Nefertiri R. Smarr*
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets

/s/ Julie M. Murphy
Julie M. Murphy (Del. Bar No. 5856)
STRADLEY RONON STEVENS
    & YOUNG, LLP
1000 N. West Street, Suite 1278
Wilmington, DE 19801
(302) 295-3805
jmmurphy@stradley.com

Jeffrey A. Lutsky*
Joseph T. Kelleher*
Samantha Kats*
Stradley Ronon Stevens & Young
2600 One Commerce Square
Philadelphia, PA 19103
(215) 564-8000
jlutsky@stradley.com
jkelleher@stradley.com

Philadelphia, PA 19103
(215) 981-4000
*bassmanb@pepperlaw.com*
*zarychtam@pepperlaw.com*
*smarrn@pepperlaw.com*
*Admitted Pro Hac Vice

*Attorneys for Plaintiff
The Nemours Foundation*

*skats@stradley.com*
*Admitted Pro Hac Vice

*Attorneys for Defendant
UnitedHealthcare of the
Mid-Atlantic, Inc.*

APPROVED AND SO ORDERED:

_____
Richard G. Andrews, J.  8/4/14